**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00022-REB
Criminal Action No. 07-cr-00282-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM HENRY SMITH,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the **Order Granting Petitioner's Petition to Vacate Sentence Under 28 U.S.C. § 2255** [#55] entered by Judge Robert E. Blackburn on April 26, 2016, it is

     ORDERED that Petitioner's sentence, which was imposed, at least in part, under the Armed Career Criminal Act, *see* **Judgment** [#41] entered October 15, 2008, is vacated; it is

     ORDERED that the Bureau of Prisons shall immediately calculate whether Petitioner has served ten years of imprisonment on this conviction, and if Petitioner has already served ten years and is not subject to any outstanding warrants, he shall be released without delay pending resentencing; it is

     ORDERED that if the Bureau of Prisons finds that Petitioner is not eligible for

immediate release, the United States Marshal Service is ordered to transport Petitioner to the United States District of Colorado for resentencing; it is

ORDERED that on **June 2, 2016**, commencing at 11:00 a.m. (MDT), the court shall conduct a resentencing hearing in courtroom A1001, Alfred A. Arraj U.S. District Courthouse Annex, 901 19th Street, Denver, Colorado 80294; it is

ORDERED that Petitioner shall be present at the resentencing hearing; it is

ORDERED that pending resentencing, the previously-imposed conditions of release shall remain in effect; it is

ORDERED that Civil Action No. 16-cv-00022-REB is closed.

Dated at Denver, Colorado this 26th day of April, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

Deputy Clerk